

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00247-CV

Patrick **THOMAS**,
Appellant

v.

Janice Devon **DURR**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19981
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to November 15, 2018. **Further requests for extension of time in which to file appellee's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court